**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JAMES BARKER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT, INC.**<br><br>**Defendant.** | **Civil Action No. 07-CV-015T** |

**STIPULATION TO EXTEND TIME**

Pursuant to Civil Local Rule 29(b), the parties to the above-captioned action hereby stipulate that the time for Defendant to answer or otherwise respond to the complaint be extended to February 22, 2007. The responsive pleading is currently due on January 22, 2007, so this extension is thirty (30) days as permitted by LR Cv 29(b).

Respectfully submitted,

JAMES BARKER,

By Her Attorneys

PATRICIA E. ANDREWS, ESQ.
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. (RI No. 4321)

Dated: January 17, 2007

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

/s/ Joseph P. McConnell
Joseph P. McConnell (RI No. 5086)

Dated: January 17, 2007