UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JAMES BARKER

v.

CA No. 07-015-T

HOME DEPOT, INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
U.S. District Judge

Date: 1/19/07