07-CV-015-T

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4739 JAMES BARKER V HOME DEPOT INC

Filing Date: 09-08-2006
Case Status: UNASSIGNED

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 09-08-2006

Plaintiff: JAMES BARKER
ID: @10861484

Attorney: PATRICIA ANDREWS

Defendant: HOME DEPOT INC
ID: @10861485

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-08-2006 | COMPLAINT FILED | |
| 09-08-2006 | INITIAL FILING FEE | |
| 09-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP233435. |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island