**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES BARKER,**

**Plaintiff,**

**v.**

**HOME DEPOT, U.S.A., INC.**

**Defendant.**

**Civil Action No. 07- 15S**

## MOTION TO CONTINUE SETTLEMENT CONFERENCE

Now comes the Plaintiff in the above-entitled matter and hereby moves this Court for an Order to continue the settlement conference from 2:00 p.m. on June 6, 2007 to 3:00 p.m. on June 11, 2007. The reason for this request is that Plaintiff's Attorney, Patricia E. Andrews, has recently learned that she must be out of town from June 6 through June 8 and, therefore, is unable to attend. Defendant has no objection to this Motion.

Plaintiff
By his Attorney,

/s/ Patricia E. Andrews
Patricia E. Andrews, #4321
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)