**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JAMES BARKER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT, INC.**<br><br>**Defendant.** | **Civil Action No. 07-CV-015T** |

## JOINT MOTION TO EXTEND DEADLINES IN PRETRIAL ORDER

Plaintiff James Barker ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby jointly request that the deadlines in the Pretrial Order issued by this Court on April 11, 2007 be enlarged by forty-five (45) days. As grounds for this Motion, the parties state that, to date, Defendant has served written discovery requests and noticed Plaintiff's deposition. The deposition of Plaintiff and Plaintiff's responses to Defendant's written discovery requests have not been completed partly due to the delay Plaintiff has suffered in receiving documentation from the Social Security Administration. Plaintiff is in the process of completing his written discovery and notices of deposition. Scheduling for these depositions has proven more difficult in August than anticipated. Moreover, the parties have initiated settlement discussions. For all these reasons, the parties need additional time to complete fact discovery.

Specifically, the parties request that the Pretrial Order deadlines be enlarged in the following manner:

(1) The deadline for all factual discovery shall be enlarged from September 11, 2007 until October 26, 2007; and

(2) The deadline for dispositive motions shall be changed from October 11, 2007 until November 26, 2007.

WHEREFORE, the parties respectfully request that the Court enlarge the deadlines in the

Pretrial Order in accordance with the aforementioned agreed upon proposal.

Respectfully submitted,

JAMES BARKER,

By Her Attorneys

PATRICIA E. ANDREWS, ESQ.
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. (RI No. 4321)

Dated: July 26, 2007

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

/s/ Joseph P. McConnell
Joseph P. McConnell (RI No. 5086)

Dated: July 26, 2007