**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JAMES BARKER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT, INC.**<br><br>**Defendant.** | **Civil Action No. 07-CV-015T** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, James Barker and Home Depot U.S.A., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that said action be dismissed as to all claims, with prejudice, without interest or costs, and waiving all rights of appeal.

Respectfully submitted,

JAMES BARKER,

By His Attorneys

PATRICIA E. ANDREWS, ESQ.
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. (RI No. 4321)

Dated: October 17, 2007

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

/s/ Tracy Thomas Boland
Tracy Thomas Boland
(admitted *pro hac vice*)

Dated: October 17, 2007